EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Resolución de Despedida del Lcdo. Juan Ernesto Dávila Rivera, Secretario del Tribunal Supremo de Puerto Rico | 2018 TSPR 181<br><br>201 DPR \_\_\_\_ |

Número del Caso: ED-2018-1

Fecha: 9 de noviembre de 2018

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Resolución de Despedida del Lcdo. Juan Ernesto Dávila Rivera, Secretario del Tribunal Supremo de Puerto Rico

ED-2018-01

RESOLUCIÓN

En San Juan, Puerto Rico, a 9 de noviembre de 2018.

El Lcdo. Juan Ernesto Dávila Rivera finaliza hoy sus funciones como Secretario del Tribunal Supremo. Se caracterizó por su laboriosidad y su buena relación con todo el personal. Estamos muy agradecidos por el excelente servicio que brindó al pueblo puertorriqueño desde este Tribunal, primero como Oficial Jurídico y luego como Secretario.

El licenciado Dávila Rivera tiene un juris doctor de la Universidad de Puerto Rico y un máster en derecho español de la Universidad de Salamanca. Se integró al Tribunal Supremo en 2010 como Oficial Jurídico del Juez Asociado señor Rafael L. Martínez Torres, con quien trabajó durante casi cuatro años. Luego ingresó a la práctica privada. Trabajó con el bufete Rivera-Munich & Hernandez Law Offices, P.S.C., y después regresó al Tribunal Supremo para trabajar con el Juez Asociado señor Edgardo Rivera García. Al cabo de seis meses fue nombrado Secretario del Tribunal, cargo que ocupó honrosamente desde el 1 de marzo de 2016 hasta ahora. Como Secretario de este Tribunal, el licenciado Dávila Rivera agilizó los trabajos de la Secretaría, lo que permitió modernizarlos. Como ejemplo de ello, bajo su incumbencia se implantó en nuestra Secretaría la

notificación electrónica de Sentencias y Resoluciones.

El pasado 1 de noviembre de 2018, el licenciado Dávila Rivera fue confirmado a la presidencia de la Comisión Estatal de Elecciones (CEE) y al cargo de Juez Superior. Con estos nombramientos, el licenciado Dávila Rivera se enfrenta a un gran y nuevo reto profesional. Su desempeño profesional se ha caracterizado por su compromiso con el servicio público y la excelencia. Por eso, confiamos que será un excelente juez.

Hoy nos apena despedirnos del licenciado Dávila Rivera, pero recordamos con afecto su contribución a que este Tribunal sea una mejor institución. El licenciado Dávila Rivera, en su espíritu servicial, mantuvo la buena comunicación del Tribunal Supremo con el público y con los miembros de la profesión legal de Puerto Rico, asegurándose del buen manejo de los asuntos presentados ante este foro. Le deseamos mucho éxito en los nuevos caminos que se apresta a emprender.

Publíquese inmediatamente.

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal Supremo. La Jueza Asociada señora Pabón Charneco hace constar la expresión siguiente a la cual se unió el Juez Asociado señor Kolthoff Caraballo: "Me uno a la resolución que antecede y felicito al Lcdo. Juan Ernesto Dávila Rivera por sus nuevos logros y retos. Desde su comienzo como Oficial Jurídico hasta convertirse en el Secretario de nuestro Tribunal he presenciado con gran satisfacción su desarrollo personal y profesional. Siendo oficial jurídico se destacó por su análisis jurídico riguroso, su capacidad de trabajar en equipo, pero sobre todo por su bondad y sencillez. Las enseñanzas de su madre Carmen H. Rivera Rodríguez y su abuela, Doña Mary- dos grandes mujeres que ahora le guían en espíritu – han formado a un ser de muchas virtudes. El licenciado Dávila Rivera se distingue por su moral y valores intachables, autenticidad, accesibilidad, humildad y fidelidad a sus principios. Por ello, se ha ganado el cariño y respeto de sus supervisores, compañeros, subalternos y estudiantes. Hoy con el apoyo incondicional de su esposa, el licenciado Dávila Rivera comienza un nuevo reto profesional. Al mismo tiempo, el Pueblo de Puerto Rico adquiere a un joven que siempre ha demostrado su compromiso con el servicio público y su gran calidad humana. Le deseo el mayor de los éxitos en esta nueva encomienda".

La Juez Asociada señora Rodríguez Rodríguez no intervino.

Sonnya Isabel Ramos Zeno
Subsecretaria del Tribunal Supremo